UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI MCGUFFIN-PARIS,

      Plaintiff,                                Case No. 17-cv-12480

                                                Paul D. Borman
v.                                            United States District Judge

                                                Elizabeth A. Stafford
COMMISSIONER OF             United States Magistrate Judge
SOCIAL SECURITY,

      Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE STAFFORD'S
APRIL 27, 2018 REPORT AND RECOMMENDATION, (ECF NO. 23),
(2) GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT(ECF NO. 22),
(3) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 14), and
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER

On April 27, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 23, Report and Recommendation.) Having reviewed the Report and Recommendation, and there

1

being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 14), GRANTS Defendant's Motion for Summary Judgment (ECF No. 22), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2018.

s/Deborah Tofil
Case Manager